# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2382

_____

James C. Day

*Plaintiff - Appellant*

v.

F. Coulter DeVries; B. Janeen DeVries; Daniel Jones; DeVries and Associates, P.C.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: December 19, 2025
Filed: December 31, 2025
[Unpublished]

_____

Before SMITH, GRUENDER, and KOBES, Circuit Judges.

_____

PER CURIAM.

James Day appeals the district court's[1] dismissal of his civil action. After review of the record and the parties' arguments on appeal, *see Laclede Gas Co. v. St.*

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

*Charles Cnty.*, 713 F.3d 413, 417 (8th Cir. 2013) (reviewing questions of subject matter jurisdiction de novo); *B&B Hardware, Inc. v. Hargis Indus., Inc.*, 569 F.3d 383, 387 (8th Cir. 2009) (reviewing applicability of collateral estoppel de novo); we find no error warranting reversal.  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____